# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

J. STEVEN BOYLE,

        Plaintiff,

-vs-                                 Case No. 6:07-cv-1990-Orl-31UAM

AMERICAN IRONHORSE
MOTORCYCLE COMPANY, INC.,

        Defendant.

_____

## ORDER

      This matter comes before the Court pursuant to the Notice of Erroneous Removal and Agreed Request for Remand (Doc. 5) filed by the Defendant. After consideration of that agreed request, which the Court construes as a joint motion for remand, it is hereby

      **ORDERED AND ADJUDGED** that the motion is **GRANTED** and this case is **REMANDED** to the Circuit Court of the Ninth Judicial Circuit, in and for Orange County, Florida.

      **DONE** and **ORDERED** in Chambers, Orlando, Florida on January 9, 2008.

                                                     GREGORY A. PRESNELL
                                               UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party